UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; TRUSTEES OF THE DETROIT CARPENTRY JOINT APPRENTICESHIP AND TRAINING FUND; TRUSTEES OF THE U.B.C. ADVANCEMENT FUND; TRUSTEES OF THE CARPENTER'S WORKING DUES FUND; TRUSTEES OF THE CARPENTER'S SPECIAL ASSESSMENT FUND; THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA;

        Plaintiffs,

v.

H.B. STUBBS COMPANY, n/k/a H.B. STUBBS COMPANY, L.L.C., a Michigan limited liability company; H.B. STUBBS HOLDINGS, INC., a Michigan corporation; H.B. STUBBS COMPANY, L.L.C. – EAST, a Michigan limited liability company; H.B. STUBBS COMPANY, L.L.C. – WEST, a Michigan limited liability company; H.B. STUBBS PROPERTIES, L.L.C., a Michigan limited liability company; SCOTT STUBBS, an individual; STEPHEN H. STUBBS, an individual and KENNETH W. JACOBSON, an individual, jointly and severally.

        Defendants.

Case No. 14-cv-11393
Hon. George Caram Steeh

NOVARA TESIJA, P.L.L.C.
John I. Tesija (P36709)
Bryan M. Beckerman (P51925)
Attorneys for Plaintiffs
2000 Town Center, Ste. 2370
Southfield, MI 48075
(248) 354-0380

**EX-PARTE ORDER FOR ALTERNATE SERVICE**

This matter having come before the Court on Plaintiffs' Ex-Parte Motion for Alternate Service;

IT IS HEREBY ORDERED that Plaintiffs' Ex-Parte Motion for Alternate Service is GRANTED;

IT IS FURTHER ORDERED that a copy of this Order providing for said alternate service and the Summons and Complaint with all relevant pleadings, as they relate to Defendants H.B. Stubbs Company, L.L.C., H.B. Stubbs Holdings, Inc., H.B. Stubbs Company, L.L.C. – East, H.B. Stubbs Company, L.L.C. – West, H.B. Stubbs Properties, L.L.C., all companies whose addresses are located at 1311 Maplelawn Drive, Troy, Michigan 48084; Scott Stubbs, whose personal residence is 1251 North Cranbrook Road, Bloomfield Hills, Michigan 48301; Stephen H. Stubbs, whose personal residence is 1344 Wrenwood Drive, Troy, Michigan 48084 and Kenneth W. Jacobson, whose personal residence is 1435 Rosedale Avenue, Sylvan Lake, Michigan 48320, shall be served upon Defendants by:

1) overnight mailing at the current business and personal residence addresses listed above;

2) e-mailing to Scott Stubbs, Stephen H. Stubbs and Kenneth W. Jacobson at their respective e-mail addresses, and

3) by tacking or firmly affixing a copy of such Summons and Complaint, plaintiffs' motion and brief for temporary restraining order and amended notice of hearing, along with this order, to the front doors of Defendants' current business **and** personal residence addresses listed above.

Said service must be completed no later than 1:00 p.m. on Wednesday, April 9, 2014.

The court will issue an amended notice of hearing on the plaintiffs' motion for temporary restraining order following this order, scheduling a hearing on the motion for 10:00 a.m. Monday, April 14, 2014.

Dated: April 8, 2014

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
on
April 8, 2014, by electronic and/or ordinary mail.

> s/Marcia Beauchemin
> Deputy Clerk