**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; TRUSTEES OF THE DETROIT CARPENTRY JOINT APPRENTICESHIP AND TRAINING FUND; TRUSTEES OF THE U.B.C. ADVANCEMENT FUND; TRUSTEES OF THE CARPENTER'S WORKING DUES FUND; TRUSTEES OF THE CARPENTER'S SPECIAL ASSESSMENT FUND; THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA;

                                 Plaintiffs,

and COMERICA BANK,

                                 Intervening Plaintiff,

Case No. 14-cv-11393
v.                                                   Hon. George Caram Steeh

H.B. STUBBS COMPANY, n/k/a H.B. STUBBS COMPANY, L.L.C.., a Michigan limited liability company; H.B. STUBBS HOLDINGS, INC.., a Michigan corporation; H.B. STUBBS COMPANY, L.L.C. – EAST, a Michigan limited liability company; H.B. STUBBS COMPANY, L.L.C. – WEST, a Michigan limited liability company; H.B. STUBBS PROPERTIES, L.L.C., a Michigan limited liability company; SCOTT STUBBS, an individual; STEPHEN H. STUBBS, an individual and KENNETH W. JACOBSON;, an individual, jointly and severally.

                                 Defendants.

| NOVARA TESIJA, P.L.L.C. | BODMAN PLC | THE TAUNT LAW FIRM |
|---|---|---|
| John I. Tesija (P36709) | Dennis J. Levasseur (P39778) | Erika D. Hart (P67457) |
| Bryan M. Beckerman (P51925) | Attorneys for Intervening Plaintiff Comerica | Attorneys for Defendants |
| Attorneys for Plaintiffs | 6th Floor at Ford Field | 700 East Maple Road, Second Floor |
| 2000 Town Center, Ste. 2370 | 1901 St. Antoine | Birmingham, MI 48009 |
| Southfield, MI 48075 | Detroit, MI 48226 | (248) 644-7800 |
| (248) 354-0380 | (313) 259-7777 | ehart@tauntlaw.com |
| tesija@novaratesija.com | dlevasseur@bodmanlaw.com | |
| bmb@novaratesija.com | | |

**ORDER DENYING PLAINTIFFS' MOTION FOR EX-PARTE TEMPORARY RESTRAINING ORDER AND**
<u>**GRANTING COMERICA BANK'S MOTION TO INTERVENE AS A PLAINTIFF**</u>

These matters having come before this Honorable Court on Plaintiffs' Ex-Parte Motion for Temporary Restraining Order, and Comerica Bank's Motion to Intervene as a Plaintiff, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that Plaintiffs' Ex-Parte Motion for Temporary Restraining Order is DENIED; and

IT IS FURTHER ORDERED that Comerica Bank's Motion to Intervene as a Plaintiff is GRANTED; and

IT IS FURTHER ORDERED that all Defendants, being H.B. Stubbs Company, n/k/a H.B. Stubbs Company, L.L.C., H.B. Stubbs Holdings, Inc., H.B. Stubbs Company, L.L.C. – East, H.B. Stubbs Company, L.L.C. – West, H.B. Stubbs Properties, L.L.C., Scott Stubbs, Stephen H. Stubbs and Kenneth W. Jacobson, shall, upon reasonable request by Plaintiffs, provide all such records in their possession, custody or control pertaining the sale of assets of the above-mentioned companies. Notwithstanding, should any of the Defendants fail and/or refuse to submit such records as requested by Plaintiffs, Intervening Plaintiff Comerica Bank shall provide same to Plaintiffs, upon reasonable request by Plaintiffs, if in Comerica Bank's possession, custody or control.

<u>s/George Caram Steeh</u>
U.S. District Judge

Dated:  April 25, 2014

*Approved as to both Form and Content:*

2

3

/s/Bryan M. Beckerman
NOVARA TESIJA, P.L.L.C.
John I. Tesija (P36709)
Bryan M. Beckerman (P51925)
Attorneys for Plaintiffs
2000 Town Center, Ste. 2370
Southfield, MI 48075
(248) 354-0380
tesija@novaratesija.com
bmb@novaratesija.com


/s/Dennis J. Levasseur w/permission
BODMAN PLC
Dennis J. Levasseur (P39778)
Attorneys for Intervening Plaintiff Comerica
6th Floor at Ford Field
1901 St. Antoine
Detroit, MI 48226
(313) 259-7777
dlevasseur@bodmanlaw.com


/s/Erika D. Hart w/permission
THE TAUNT LAW FIRM
Erika D. Hart (P67457)
Attorneys for Defendants
700 East Maple Road, Second Floor
Birmingham, MI  48009
(248) 644-7800
ehart@tauntlaw.com